1  Curtis J. Busby (Bar No. 019415)
   Travis M. Wheeler (Bar No. 026415)
2  BOWMAN AND BROOKE LLP
   Suite 1600, Phoenix Plaza
3  2901 North Central Avenue
   Phoenix, Arizona 85012
4  Telephone:    (602) 643-2300
   Facsimile:     (602) 248-0947
5  curtis.busby@bowmanandbrooke.com
   travis.wheeler@bowmanandbrooke.com
6
   Alex J. Hagan (Pro Hac Vice)
7  Andrew S. Chamberlin (Pro Hac Vice)
   ELLIS & WINTERS LLP
8  4131 Parklake Avenue, Suite 400
   Raleigh, North Carolina 27612
9  Telephone:   (919) 865-7000
   Facsimile:    (919) 865-7010
10 Alex.Hagan@elliswinters.com
   Andrew.Chamberlin@elliswinters.com
11
   Attorneys for Defendants Trench Limited and Trench France, S.A.S.
12

13                **UNITED STATES DISTRICT COURT**

14                      **DISTRICT OF ARIZONA**

15  Salt River Project Agricultural          No. 2:17-cv-01468-DGC
    Improvement and Power District,
16
                        Plaintiff,
17                                            **JOINT REPORT ON SETTLEMENT
    v.                                        TALKS**
18
    Trench France, S.A.S.; Trench Limited;
19  Doble Engineering Company; and Esco
    Technologies, Inc.,
20                                            (Assigned to Honorable
                        Defendants.            David G. Campbell)
21

22

23        Pursuant to the Case Management Order [Doc. 71], the parties advise the Court that a

24  settlement conference was held in Phoenix, Arizona, on March 15, 2018.  The conference

25  was attended by SRP's representatives, insurers, and counsel as well as the Trench

26  defendants' representatives, insurers, and counsel.  At the conference, the principal terms of

27  a confidential settlement were reached.  It is anticipated that the final terms of the settlement

28  will be memorialized in a Confidential Settlement Agreement within seven (7) days and that

1    a dismissal will be filed within thirty (30) days.  At this time, the parties do not anticipate

2    the need for assistance from the Court.  However, the parties jointly request that all

3    deadlines be stayed for 30 days to allow time to complete the settlement and file the

4    dismissal.

5    Dated: March 22, 2018                    JENNINGS, STROUSS & SALMON, P.L.C.

6

7                                             By:/s/Eric D. Gere (with permission)
                                                Eric D. Gere, Esq.
8                                               One East Washington Street, Suite 1900
                                                Phoenix, Arizona 85004-2554
9

10                                              In conjunction with:

11                                              Charles R. Messer, Esq. (Pro Hac Vice)
                                                CARLSON & MESSER LLP
12                                              5959 W. Century Blvd., Suite 1214
                                                Los Angeles, California 90045
13

14                                              Attorneys for Plaintiff Salt River Project
                                                Agricultural Improvement and Power District
15

16   Dated: March 22, 2018                    BOWMAN AND BROOKE LLP

17

18                                             By:/s/Travis M. Wheeler
                                                Curtis J. Busby, Esq.
19                                              Travis M. Wheeler, Esq.
                                                2901 North Central Avenue
20                                              Suite 1600, Phoenix Plaza
                                                Phoenix, Arizona 85012
21
                                                In conjunction with:
22
                                                Alex J. Hagan (Pro Hac Vice)
23                                              Andrew S. Chamberlin (Pro Hac Vice)
                                                ELLIS & WINTERS LLP
24                                              4131 Parklake Avenue, Suite 400
                                                Raleigh, North Carolina 27612
25
                                                Attorneys for Defendants Trench Limited and
26                                              Trench France, S.A.S.

27   / / /

28   / / /

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of March, 2018, I electronically transmitted the foregoing **JOINT REPORT ON SETTLEMENT TALKS** to the Clerk's Office using the CM/ECF System for filing and transmittal to the following counsel:

Eric D. Gere, Esq.
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554
Tel: (602) 262-5911
egere@jsslaw.com

Charles R. Messer, Esq. (Pro Hac Vice)
CARLSON & MESSER LLP
5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
Tel: (310) 242-2202
MesserC@cmtlaw.com

Attorneys for Plaintiff Salt River Project
Agricultural Improvement and Power District

Jason R. Mullis, Esq.
Mia Nguyen, Esq.
WOOD, SMITH, HENNING & BERMAN LLP
2525 E. Camelback Road, Suite 450
Phoenix, Arizona 85016-4210
Tel: (602) 441-1300
jmullis@wshblaw.com
mianguyen@wshblaw.com

Attorneys for Doble Engineering Company

/s/Jeannette Felix