Charles R. Messer (Pro Hac Vice)
CARLSON & MESSER LLP
5901 W. Century Blvd.
Suite 1200
Los Angeles, CA 90045
(310) 242-2200
Fax: (310) 242-2222

Eric D. Gere
JENNINGS STROUSS
One East Washington Street
Suite 1900
Phoenix, AZ 85004-2554
(602) 262-5994

*Attorneys for Plaintiff*
Salt River Project Agricultural
Improvement and Power District

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Salt River Project Agricultural Improvement and Power District,<br><br>    Plaintiff,<br><br>vs.<br><br>Trench France S.A.S.; Trench Limited; Doble Engineering Company; and Esco Technologies, Inc.,<br><br>    Defendants. | CASE NO. 2:17-cv-01468-DGC<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND ALL PARTIES WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)** |

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated by Plaintiff Salt River Project Agricultural Improvement And Power District, ("Plaintiff") and Defendants Trench France S.A.S., Trench Limited and Doble Engineering Company ("Defendants"),

1  through their respective counsel, that the above-entitled action shall be dismissed in its
2  entirety with prejudice.  Each party shall bear its own costs and expenses.

4  DATED: May 30, 2018                    /s/
5                                         Charles R. Messer, Esq. (Pro Hac Vice)
                                          CARLSON & MESSER LLP
6                                         5901 W. Century Blvd., Suite 1200
                                          Los Angeles, CA  90045
7                                         Tel:  (310) 242-2202
8                                         MesserC@cmtlaw.com

9                                         Eric D. Gere, Esq.
10                                        JENNINGS, STROUSS & SALMON, P.L.C.
                                          A Professional Limited Liability Company
11                                        One East Washington Street, Suite 1900
12                                        Phoenix, Arizona 85004-2554
                                          Tel: (602) 262-5911
13                                        egere@jsslaw.com

14
                                          Attorneys for Plaintiff,
15                                        Salt River Project Agricultural Improvement and
16                                        Power District

17
18 DATED: May 30, 2018                    /s/
                                          Curtis J. Busby
19                                        Travis M. Wheeler
                                          BOWMAN AND BROOKE LLP
20                                        2901 North Central Avenue
                                          Suite 1600, Phoenix Plaza
21                                        Phoenix, Arizona 85012

22                                        Alex J. Hagan (Pro Hac Vice)
                                          Andrew S. Chamberlin (Pro Hac Vice)
23                                        ELLIS & WINTERS LLP
                                          4131 Parklake Avenue, Suite 400
24                                        Raleigh, North Carolina 27612

25                                        Attorneys for Defendants
                                          Trench France, S.A.S. and Trench Limited
26

27
28

1
2  DATED: May 30, 2018                    /s/
3                                          Jason R. Mullis
                                           Mia T. Nguyen
                                           Wood Smith Henning & Berman LLP
4                                          2525 E Camelback Rd., Ste. 450
                                           Phoenix, AZ 85016
5
                                           Attorney for Defendant,
6                                          Doble Engineering Company
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to all defense counsel listed above and that I have obtained their authorization to affix their electronic signatures to this document.

**CARLSON & MESSER LLP**

DATED: May 30, 2018          By:   /s/Charles R. Messer
                                    Charles R. Messer
                                    Pro Hac Vice

                                    Attorney for Plaintiff
                                    Salt River Project Agricultural
                                    Improvement and Power District

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2018, a true and correct copy of the foregoing document entitled STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND ALL PARTIES WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1) was filed through the ECF system, which will send notification of such filing to the following e-mail addresses:

curtis.busby@bowmanandbrooke.com
Alex.Hagan@elliswinters.com
mianguyen@wshblaw.com

                                              **CARLSON & MESSER LLP**

DATED: May 30, 2018        By:   /s/Charles R. Messer
                                                    Charles R. Messer
                                                    Pro Hac Vice
                                                    Attorney for Plaintiff
                                                    Salt River Project Agricultural
                                                    Improvement and Power District